FINANCIAL GUILD, INC., Respondent, *v.* NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, Appellant.

(Argued March 19, 1929; decided April 16, 1929.)

*Frank I. Tierney* and *Wendell P. Barker* for appellant.
*Otto A. Samuels* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.